In the Matter of 100 PARK AVENUE, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. [100 Park Ave., Borough of Manhattan.]

Argued May 26, 1955; decided July 8, 1955.

*Oscar L. Tucker* and *Seymour M. Klein* for appellant.
*Peter Campbell Brown, Corporation Counsel (James J. Mc-Gowan* and *Morris Handel* of counsel), for respondents.

Order of the Appellate Division reversed and that of Special Term affirmed, with costs in this court and in the Appellate Division, upon the ground that the weight of evidence supports the determination of Special Term. No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: BURKE, J.